IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES RUSSELL,

        Plaintiff,

v.                                   Case No. 14-cv-212

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

## ORDER GRANTING JOINT MOTION TO REMAND UNDER SENTENCE FOUR

The parties' joint motion for an order remanding of this case for further proceedings under sentence four of 42 U.S.C. § 405(g) is GRANTED.

On remand, an administrative law judge will:

(1) provide Russell with an opportunity to update the record and for a hearing;

(2) evaluate the medical evidence and determine whether Russell's combination of impairments meets or medically equals the criteria of Listings 1.02, 1.03, and 1.06;

(3) reevaluate Russell's obesity pursuant to Social Security Ruling 02-1p;

(4) obtain evidence from a medical expert if warranted; and

(5) issue a new decision.

The Commissioner's November 10, 2014 motion to remand proposing the same actions on remand is DENIED AS MOOT.

Dated: November 19, 2014

                                                /s/
                                HON. JAMES D. PETERSON
                                UNITED STATES DISTRICT JUDGE