IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES RUSSELL,

    Plaintiff,                         JUDGMENT IN A CIVIL CASE

v.                                    Case No. 14-cv-212-jdp

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

    Defendant.

      This action came for consideration before the court with District Judge James D. Peterson   presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered awarding plaintiff James Russell attorney fees in the sum of $4,000 and costs in the amount of $195.07 under the Equal Access to Justice Act, 28 U.S.C. §2412.

         s/V. Olmo, Deputy Clerk                    2/2/2015
     Peter Oppeneer, Clerk of Court                    Date